**CENTER FOR SCIENCE IN THE PUBLIC INTEREST**
Maia C. Kats (to be admitted *pro hac vice*)
*mkats@cspinet.org*
Matthew B. Simon (to be admitted *pro hac vice*)
*msimon@cspinet.org*
1220 L Street, Northwest, Suite 3000
Washington, District of Columbia  20005
Telephone: (202) 777-8381

**REESE LLP**
Michael R. Reese (State Bar No. 206773)
*mreese@reesellp.com*
100 W. 93rd Street, 16th floor
New York, New York  10025
Telephone: (212) 643-0500

**THE PUBLIC HEALTH ADVOCACY INSTITUTE**
Andrew Rainer (to be admitted *pro hac vice*)
*arainer@phaionline.org*
360 Huntington Ave., Suite 117 CU
Boston, Massachusetts  02115
Telephone: (617) 373-2026

*Counsel for Plaintiff The Praxis Project*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| THE PRAXIS PROJECT, a non-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>THE COCA-COLA COMPANY and AMERICAN BEVERAGE ASSOCIATION,<br><br>Defendants. | Case No. 3:17-cv-00016-JSC<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FEDERAL CIVIL PROCEDURE RULE 41(a)** |

**TO THE COURT AND CLERK OF THE COURT AND ALL COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that pursuant to Fed. R. Civ. Proc. 41(a)(1)(A)(i), Plaintiff The Praxis Project ("Praxis" or "Plaintiff") hereby gives notice of the voluntary dismissal without prejudice of its above-captioned action against defendants The Coca-Cola Company and the American Beverage Association.

Date: February 23, 2017

Respectfully submitted,

**REESE LLP**

 /s/ Michael R. Reese
Michael R. Reese
*mreese@reesellp.com*
100 W. 93rd Street, 16th floor
New York, New York  10025
Telephone: (212) 643-0500

Maia C. Kats
*mkats@cspinet.org*
Matthew B. Simon
*msimon@cspinet.org*
Center for Science in the Public Interest
1220 L Street, Northwest, Suite 300
Washington, District of Columbia  20005
Telephone: (202) 777-8381

Andrew Rainer
*arainer@phaionline.org*
The Public Health Advocacy Institute
360 Huntington Ave., Suite 117 CU
Boston, Massachusetts  02115
Telephone: (617) 373-2026

*Counsel for Plaintiff The Praxis Project*